## IN THE UNITED STATE BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

IN RE:                                    )
      CHRISTOPHER BERIC              )    **CASE NO.: 08-20300**
      DEBTOR(S)                          )    **CHAPTER 13**

### MOTION TO SELL PERSONAL PROPERTY

Comes now Christopher Beric, by Counsel, Kenneth L. Fugate, and respectfully shows the Court as follows:

1. The Petitioner is in Deed of a 1992 Buick Regal.
2. Manda Beric has a lien on the vehicle for $1,500.00.
3. Manda Beric has made a claim in the amount of $1,500.00
4. The listed market value for this vehicle was $500.00
5. The vehicle is in poor condition.
6. The Petitioner is asking for the right to sell the vehicle for $500.00 to a private party.
7. Said funds shall be paid to the trustee for payment of the secured lien held by Manda Beric.

WHEREFORE, Christopher Beric, prays that the Court enter an Order authorizing the sale of said personal property, at private sale, and for all other relief is proper in the premises.

Dated: 11-24-09

Kenneth L. Fugate
Attorney at Law
7225 E. Ridge Road
Hobart, IN 46342
(219) 947-7000

### CERTIFICATE OF SERVICE

The undersign hereby certifies that a copy of the Motion to Sell Personal Property was sent by ordinary United State mail, postage prepaid , on the 24 day of November, 2009, to the following interested parties:

Bankruptcy Court, 5400 Federal Plaza, Hammond, IN 46320
United States Trustee, 1 Michiana Square, Room 555, South Band, IN 46601
Paul Chael, 401 E. 84th Drive, Suite C, Merrillville, IN 46410
Manda Beric, 27 Beverly Blvd. Hobart, IN 46342

11-24-01
Date

Sarah Frankovich